# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 15-CV-60209-Dimitrouleas/White

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

cat / div 550/1983 BRWRD
Case # _____
Judge _____ Mag WHITE
Motn Ifp NO  Fee pd $ 0
Receipt # _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by AP D.C.
FEB 03 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

MATTHEW A PAGAN, ET. AL
    PLAINTIFF(S)

15-CV-60209-Dimitrouleas/White

CASE NO:

V.

SCOTT ISREAL, SHERIFF OF BROWARD
COUNTY OF FLORIDA
    SUED IN THEIR OFFICAL
    CAPACITIES.

        DEFENDANTS.

PETITION FOR DECLARATORY JUDGEMENT
AND PRELIMINARY AND PERMANENT
INJUNCTIVE RELIEF

---

Pursuant to Rule 23 of the Federal Rules of Civil Procedure and Local Rule 19 of United States District Court, in and for the Southern District of Florida, the Defendants are being sued in their official capacities for the acts and omissions, taken under color of state law. The said acts and omissions caused Plaintiff, Matthew A Pagan, continued confinement, places Plaintiff's health at risk daily, denies the procedural filing of grievances, subjects the Plaintiffs to excessive use of force, denial of hygiene materials, clean uniforms, including but not limited to proper nutrition, denial of phone privileges without cause, cold and under cooked meals and spoiled packaged items without expiration dates. These conditions violates Plaintiff's constitutional rights pursuant to 42 USC §§ 1983 and 1986, 28 U.S.C §§ 1331, 1343 (a)(3) and (4), 2202 and the Constitution of the United States, specifically but not limited to the 4th, 1st, 5th, 6th, 8th, 9th and 14th Amendments. This action seeks declaratory judgement and preliminary and permanent injunctive relief, this action comes as a class action suit on behalf of all persons who have been, are being, or will be confined in the Broward County Corrections and Rehabilitation Facilites.

1. Continued Confinement

I. The Plaintiff brings forth this Federal Civil Suit in violation of his 8th Amendment Rights to the United States Constitution, Plaintiff asserts that while being housed in Broward County's Main Jail his right to not be subjected in any way to cruel and unusual punishment was violated and is a continued violation by Defendants under color of state law. The Plaintiff brings forth this complaint of Continued Confinement while being housed in Broward County's Main Jail which causes him serious continued injury and an irrepairable harm whereas the Plaintiff has seeked treatment by Mental Health Physicians here at Broward's Main Jail. The Plaintiff has been placed on medication as a result of the said continued confinement and has developed a Physicians' diagnosis of Psychosis whereas he has been prescribed pharmacy psychological medication for the developed mental illness. 466831

2. Health Risks

II. The Plaintiff makes this court aware, in this federal civil suit, of the health risks he is exposed to daily by the defendants under color of state law which constitutes an 8th Amendment violation to his guaranteed Rights to the United States Constitution. The Plaintiff asserts while being housed in Broward County's Main Jail his health has been and is being continually put at risk by a Fungal Mold building and growing inside of the showers which is creating sickness and respiratory problems for the Plaintiff. The Plaintiff also asserts that not only is this Fungal Mold growing in thick layers inside of the showers but also this presence of mold is also being found inside of the water and juice kegs that, we that are all being housed here in Broward County Jail, are forced to fountain beverages from. This is a continual harm that the Plaintiff is being exposed to under color of state law.

The Plaintiff also asserts the food, once delivered to the dorm, is cold, at times the patties are pink and discolored (showing its under-cooked state) and on several occasions spoiled lunch trays are issued in which the packaged product has no expiration dates of when it is set to expire, the expiration box is simply left blank. The Plaintiff has since filed grievances as to these issues but has been given an adverse reply each time. The grievances case numbers are as follows: 466139, 438966, 461819, 458545.

### 3. Denial of the Procedural Filing of Grievances

III. The Plaintiff brings forth this Federal Civil Suit in violation of his 1st Amendment rights to the United States Constitution. The Plaintiff asserts while being housed in Broward County's Main Jail his First Amendment Right to file grievances has been denied on several occassions. The Plaintiff states in Broward's Main Jail the standard carbon grievance paper forms have been replaced by a "Kiosk" system, which authorization has to be given by a staff deputy in order to file a grievance, and in order to be granted the authorization to file grievance you must first tell the deputy why you are filing the grievance, who it is about and if that deputy states he/she addressed the issue, the authorization is denied. This Kiosk service makes the grievance process uncomfortable in fear of retribution, gives a pretext to deny the filing of grievances by staff if matter is said to have been addressed, precludes the grievant from obtaining a copy of grievance if filed and takes away from the privacy of the filing, if the said grievance is about the staff deputy whom one has to ask authorization from.

The Plaintiff also asserts that this Kiosk system is a touch screen system, which has a two minute typing time and will automatically shut itself down causing all typed information to be lost if not saved before the two minute time elapse. This tactic on the Kiosk is used to frustrate and discourage the grievance process in that no grievance can adequately be filed in it's totality. Furthermore, if a grievance is successfully filed an adverse reply is guaranteed to be denied by the receiving party in any event. The Plaintiff states the First Amendment violations causes him a continual harm, the staff deputies are aware of this and it is still being done under color of state law.

### 4. Denial of Hygiene Materials

IV. The Plaintiff asserts that while being housed in Broward County's Main Jail he has been denied access to hygienic materials and adequate dental and antiperspirant hygienic materials. The Plaintiff states dental hygiene is impossible as the peice of plastic given to those housed at Broward's Main Jail merely moves around siliva and has no bristles to give a scrubbing effect need to remove plaque and standing bacteria on the teeth and gums. However, the plastic finger cuff, which resembles that of a finger cut off of a plastic glove, does nothing to prevent bad breath, gingivitis, plaque or standing bacteria and stuck on food. The Planiff states, it is a lawless pretext by the Defendants to claim that such hygiene needs have been met by the issuance of the non-effective oral peice of plastic.

V. The Plaintiff also states, as the tooth paste gel bears the name "Maximum Security," with an exclusive distributor of Bob Barker Co. Inc., 1-800-334-9880, the deodorant also bears the same exact name but is not issued to indigents housed at Broward's Main Jail but is instead sold on commissary, code number 279, for $2.25 (two dollars and twenty-five cents) per bottle. The Plaintiff also states that if the antiperspirant deodorant is not purchased, it is not issued, which leaves the indigents, who doesn't have funds to purchase, with a sour smell about their bodies. The Plaintiff states that this antiperspirant deodorant is not supposed to be sold but has been placed on commissary for Broward County's Main Jail to make a quick two dollars off of non-indigents who can afford to purchase, thereby denying the indigents who can not purchase the right to proper and adequate hygiene materials. The Plaintiff further states that this action is not only a theft to the non-indigents but also a denial to the indigents who can not afford, and is being done illegally under color of state law. This action by the Defendants causes the Plaintiff a continual harm whereas the Plaintiff is denied the simple hygienic needs and is forced to endure the foul body smells of others.

5. Excessive Use of Force

VI. The Plaintiff asserts that while housed in Broward's Main Jail he has seen and been exposed to many sorts of excessive uses of force by the Defendants under color of state law. The Plaintiff states the Defendants have exposed him to verbal abuse and threatened with physical abuse for merely speaking his mind, which is a direct violation of Amendments 1 and 8 of the United States Constitution. The Plaintiff states on, 12-24-14, he was threatened by Deputy T. Wilson in front of the Floor Sergeant Slappy #13617, stating he would be beaten and sprayed for merely speaking his mind on the way he was being spoken to, grievance number 456271 followed. On another account, Plaintiff, John Tisby, also housed at Browards Main Jail was, in fact, physically beaten and sprayed on 11-3-14, by Deputy Trobridge #15037, the Plaintiff was handcuffed, led to a corner room by Deputys, beaten and sprayed with (2) two cans of pepper spray away from the eye of the camera, (incident takes place in 7A1, Room 8). The Plaintiff did, in fact, after being sprayed and beaten serve (30) thirty days in disciplinary confinement in Defendants attempts to cover up their excessive use of force. The action described herein were by Defendants under color of state law and causes Plaintiff a continued harm as these Deputys constantly taunt him while housed.

-4-

6. LANGUAGE ON UNIFORMS AND ISSUANCE

VII. The Plaintiff states since being housed at Browards Main Jail he has been issued one-peice jumpsuits that come to the dormatory either dirty with a urine stinch or sometimes not at all, forcing the Plaintiff to either stay with the same uniform, or when they do arrive, a parachute two or three times larger than needed. The Plaintiff states this action by defendants, under the color of state law causes Plaintiff a continual harm whereas he developes a skin irretation and itch whenever he comes in contact with the said uniforms. The Plaintiff further states when he is calendar scheduled for a court appearance, he must wear the smelly uniform or one that is two or three sizes too big which makes his apperance shabby and despicable infront of the trier of fact. #461819

VIII. The Plaintiff also states the said uniforms are zebra striped with the language of, "Max Custody Inmate" written in bold red letters on it's back, and such language is unconstitutional whereas the Plaintiff has not been convicted of any crime and is innocent until proven guilty. Such language leads one to beleive the wearer of such a jump-suit is automatically guilty and a criminal whereas the first impression of a person in such attire leads one to beleive that person is extremely dangerous and defames that indiviouals character. Furthermore, the Plaintiff states he is not under a disciplinary infraction nor does his charges warrant such a classifacation of "Max Custody Inmate" whereas others housed at Broward Main Jail wear tan and blue scrubs with no language whatsoever on it's back and the charges vary up to murder, rape, etc,. Such actions by the defendants cause Plaintiff a continual harm and is done by defendants knowingly under color of state law. #458545

WHEREFORE, FOR THE CONSTITUTIONAL VIOLATIONS STATED ABOVE, UNDER COLOR OF STATE LAW, WHICH CAUSES THE PLAINTIFF A CONTINUAL HARM BY DEFENDANTS, HE PETITIONS THIS COURT FOR DECLARATORY JUDGEMENT AND PRELIMINARY AND PERMANENT INJUNCTIVE RELIEF. THE PLAINTIFF ALSO SEEKS PUNITIVE RELIEF AND WHATEVER RELIEF THIS COURT DEEMS JUST AND PROPER.

*Matthew Pagan*
PLAINTIFF.

I HEREBY CERTIFY THAT THE FOREGOING IS TRUE, CORRECT AND COMPLETE TO THE BEST OF MY KNOWLEDGE, UNDERSTANDING AND BELIEFS AND A TRUE AND CORRECT COPY WAS MAILED TO THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA, THIS 1ST DAY OF FEBRUARY, 2015.

*Matthew Pagan*
MATTHEW A. PAGAN
PLAINTIFF.

MATTHEW PAGAN #551401021
P.O. Box 9356
Ft. Lauderdale, FL 33310

© USPS 2013

THIS LETTER ORIGINATES FROM A BROWARD COUNTY JAIL FACILITY. INMATE MAIL IS UNCENSORED AND THE SHERIFF CANNOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.

USMS INSPECTED

RECEIVED

CLERK of the COURTS
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of FLORIDA
400 N. Miami Ave
Miami, FL 33128

33128771899

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

SUSTAINABLE FORESTRY INITIATIVE
Certified Fiber Sourcing
www.sfiprogram.org


FEB 03
12:14
USA
FOREVER